Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA OWENS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTH GROUP, PACIFICARE HEALTH SYSTEMS, INC. SEVERANCE PLAN,<br><br>Defendants. | Case No. CV 06-07108 WDK<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE WILLIAM D. KELLER<br><br>**JUDGMENT BY THE COURT**<br><br>**[FED. R. CIV. PRO. 54]** |

WHEREAS all parties agreed to forego a bench trial on the administrative record and to submit on the trial briefs and the record;

WHEREAS the Court, Honorable William D. Keller, District Judge, presiding, having rendered his decision in Findings of Fact and Conclusions of Law, filed August 15, 2008 [Document No. 29], and having fully adjudicated the issues presented in Plaintiff's Complaint,

**IT IS ORDERED, ADJUDICATED AND DECREED** as follows:

(1) Defendants United Health Group ("UHG") and the PacifiCare Health Systems, Inc. Severance Plan ("the Plan") (collectively "defendants") shall have judgment entered in their favor and against Plaintiff Glenda Owens as to all claims brought in Plaintiff's complaint;

(2) Plaintiff Glenda Owens shall recover nothing from Defendants;

(3) The action be dismissed on the merits; and

(4) Under the circumstances of this case, the Court, in its discretion, does not believe that an award of attorney's fees is appropriate. Costs are awarded to Defendants and are to be submitted to the Clerk of the Court.

Dated: October 7, 2008

William D. Keller
U.S. DISTRICT COURT JUDGE